| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER  (SBN 161432) |
| 2 | Email: Adrienne.Publicover@WilsonElser.com<br>DENNIS J. RHODES (SBN 168417) |
| 3 | Email: Dennis.Rhodes@WilsonElser.com<br>**WILSON, ELSER, MOSKOWITZ,** |
| 4 | **   EDELMAN & DICKER LLP**<br>525 Market Street, 17th Floor |
| 5 | San Francisco, CA  94105<br>Telephone:     (415) 433-0990 |
| 6 | Facsimile:      (415) 434-1370 |
| 7 | Attorneys for Defendant,<br>**LIFE INSURANCE COMPANY OF NORTH AMERICA** |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITA TAYLOR-FOX,<br><br>              Plaintiff,<br><br>       v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>              Defendant. | Case No.:  CV13-01399-SBA<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**FRCP 41(a)(2)**<br><br>Complaint filed: March 29, 2013 |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff NITA TAYLOR-FOX, and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their attorneys of record, that the complaint and all claims for relief therein shall be dismissed with prejudice, the parties having resolved the disputed claim in its entirety.  Each party shall bear its own attorneys' fees and costs.

Date: June 27, 2013                    WILSON, ELSER, MOSKOWITZ,
                                                         EDELMAN & DICKER LLP

                                                 By: _/s/Dennis J. Rhodes_____
                                                         ADRIENNE C. PUBLICOVER
                                                         DENNIS J. RHODES
                                                         Attorneys for Defendant
                                                         **LIFE INSURANCE COMPANY OF NORTH AMERICA**

1  Date: June 27, 2013                    LAW OFFICES OF P. RANDALL NOAH

2                                          By: /s/ P. Randall Noah
3                                              P. RANDALL NOAH
                                               Attorneys for Plaintiff
4                                              **NITA TAYLOR-FOX**

5                                        **ORDER**

6       **PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD

7  CAUSE APPEARING, IT IS HEREBY ORDERED THAT:** the complaint and all claims for

8  relief therein are dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

12 Date:  6/27/13                          By: *Saundra B. Armstrong*
                                               THE HONORABLE SAUNDRA B. ARMSTRONG
13                                             UNITED STATES DISTRICT JUDGE

---

2
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
**1040177.1**                                                     USDC NDCA Case No.: CV13-01399-SBA